United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE,<br>Plaintiff,<br>v.<br>WEST CONTRA COSTA UNIFIED SCHOOL DISTRICT,<br>Defendant. | Case No. 26-cv-04738-TSH<br><br>**ORDER TO SHOW CAUSE** |

Pending before the Court is Defendant West Contra Costa Unified School District's motion to dismiss, filed August 26, 2026. ECF No. 12. Plaintiff John Doe failed to file an opposition in compliance with Civil Local Rule 7.

The Court possesses the inherent power to dismiss an action sua sponte if a plaintiff fails to prosecute their action or fails to comply with court orders. Fed. R. Civ. P. 41(b); *see Link v. Wabash R.R. Co.*, 370 U.S. 626, 629-30 (1962) (dismissal for failure to prosecute); *Yourish v. Cal. Amplifier*, 191 F.3d 983, 987 (9th Cir. 1999) (dismissal for failure to comply with court orders); *see also Rider v. JPMorgan Chase Bank N.A.*, No. 2021 WL 229308, at *2 (N.D. Cal. Jan. 22, 2021) ("As a general matter, a district court may properly grant a motion for failure to file an opposition.") (cleaned up; citations omitted). Accordingly, the Court hereby **VACATES** the October 8, 2026 noticed hearing date and **ORDERS** Plaintiff to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Plaintiff shall file a declaration by September 17, 2026 and simultaneously file either an opposition in compliance with Civil Local Rule 7-3(a) or a statement of nonopposition in compliance with Local Rule 7-3(b). If Plaintiff file an opposition, Defendant may file any reply by September 24, 2026. <u>Notice is hereby provided that failure to file a written response will be deemed an</u>

United States District Court
Northern District of California

admission that you do not intend to prosecute, and this case will likely be dismissed. Thus, it is imperative the Court receive a written response by the deadline above.

**IT IS SO ORDERED.**

Dated: September 10, 2026

THOMAS S. HIXSON
United States Magistrate Judge